

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00135-CV

Arthur **RAKOWITZ**,
Appellant

v.

Wayne **PITTMAN** and Barbara Pittman,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI01622
Honorable Nicole Garza, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: April 30, 2025

DISMISSED FOR WANT OF PROSECUTION

The clerk's record was originally due on January 27, 2025, but it was not filed. On March 6, 2025, the trial court clerk notified this court that the clerk's record was not filed when it was originally due because the appellant is not entitled to appeal without paying the fee, and the appellant had failed to pay the fee for preparing the clerk's record. On March 18, 2025, this court ordered appellant to show cause in writing by March 28, 2025, why this appeal should not be dismissed for want of prosecution. Appellant did not respond. Accordingly, the appeal is

dismissed for want of prosecution.  *See* TEX. R. APP. P. 37.3(b), 42.3(b).  Costs of the appeal are taxed against appellant.

PER CURIAM